David L. Miller, Bar No. 3736
Chapter 7 Trustee
PO Box 9
Farmington, UT 84025-0009
Telephone: (801) 447-8777
Facsimile: (801) 447-8834
E-mail: davidlmillerpc@msn.com
        Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy No. 08-27269 |
| **NHIA THAO** | **(Chapter 7)** |
| **MAY P. THAO,** | Judge R. Kimball Mosier |
| **Debtor(s)** | |

## DEPOSIT OF UNCLAIMED FUNDS

David L. Miller, the duly-appointed and acting Chapter 7 Trustee of the above named debtor

represents to the Court that:

___ A    The following check(s) was/were issued to the creditor(s) listed below in the
amount(s) listed.  The check(s) was/were not cashed, and subsequently
returned to the Trustee, and the Trustee stopped payment on or voided said
check(s), and/or

✔ B    The check listed below represents a small dividend payable to the court
pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
| | PYOD LLC its successors and assigns | $3.32 |
| | Citibank | |
| | c/o Resurgent Capital Services | |
| | PO Box 19008 | |
| | Greenville, SC 29602 | |

A check in the amount of $3.32 representing said funds is payable to the United States

Bankruptcy Court, and is attached hereto.

DATED this 28 day of September, 2010

_____
DAVID L. MILLER
Chapter 7 Trustee